UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-22499-CIV-GAYLES/TURNOFF
(Underlying Criminal Case No. 98-cr-00289)

**EDDIE MARSHALL**,

      Movant,

vs.

**UNITED STATES OF AMERICA**,

      Respondent.

_____/

## ORDER DENYING MOTION TO CORRECT SENTENCE AND CLOSING CASE

**THIS MATTER** is before the Court on Defendant Eddie Marshall's Motion to Correct Sentence Pursuant to 28 U.S.C. § 2255 [ECF No. 1]. Defendant sought leave from the Eleventh Circuit Court of Appeals to file a successive habeas petition in light of *Johnson v. United States*, 576 U.S. __, 135 S. Ct. 2551 (2015), and *Welch v. United States*, 578 U.S. __, 136 S. Ct. 1257 (2016). Prior to a decision on Defendant's application, Defendant filed the instant Motion in this Court (the successive habeas petition). The Court of Appeals has since denied Defendant's application for leave to file a successive habeas petition. Accordingly, this Court lacks jurisdiction to consider Defendant's successive habeas petition. *Farris v. United States*, 333 F.3d 1211, 1216 (11th Cir. 2003). Therefore, it is

**ORDERED AND ADJUDGED** that:

1. Eddie Marshall's Motion to Correct Sentence [ECF No. 1] is **DENIED**.
2. The Clerk of the Court is directed to administratively **CLOSE** the case, and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29th day of July, 2016.

                                          _____
                                          DARRIN P. GAYLES
                                          UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge Turnoff
        Counsel of Record